ROSE MARIE MAZZA, ETC. v. ALPHA LTD., T/A LAFF INN, ET AL.

June 27, 1986.

Petitions for certification granted.

MIDDLESEX COUNTY BOARD OF TAXATION v. CITY OF
PERTH AMBOY, ET AL.

GEORGE J. OTLOWSKI, ET AL. v. THOMAS H. KEAN, ET AL.

June 27, 1986.

Petition for certification denied.

IN THE MATTER OF PHILLIP BOCELLI.

June 27, 1986.

Petition for certification denied.